CURTIS A. GRAHAM, Bar No. 215745
cagraham@littler.com
DOUGLAS A. WICKHAM, Bar No. 127268
dwickham@littler.com
MICHELLE RAPOPORT, Bar No. 247459
mrapoport@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Attorneys for Defendant
FIDELITY NATIONAL MANAGEMENT
SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JAMES BURDA, an individual, LAUREL HESS, an individual, LORI CALLISON, an individual, CANDEE ERWIN, an individual, SHIRLEY PALAZZO, an individual, JOYCE SCHEMEL, an individual, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company doing business in the State of California, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 8:11-CV-00247 JVS MLGx<br>HON. JAMES V. SELNA<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE PRE-TRIAL CONFERENCE OFF CALENDAR**<br><br>**Pretrial Conference:** Nov. 18, 2013<br>**Trial Date:** Dec. 03, 2013 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs James Burda, Laurel Hess, Lori Callison, Candee Erwin, Shirley Palazzo, and Joyce Schemel ("Plaintiffs") and defendant Fidelity National Management Services, LLC ("Defendant") (collectively, "the Parties") have reached a settlement of all claims in this matter. While the Parties memorialize the terms of the settlement, they[1] request that the Court take off calendar the Pre-Trial Conference scheduled for November 18, 2013.

Dated: November 8, 2013

/S/ Curtis A. Graham
CURTIS A. GRAHAM
DOUGLAS A. WICKHAM
MICHELLE RAPOPORT
LITTLER MENDELSON, P.C.
Attorneys for Defendant
FIDELITY NATIONAL
MANAGEMENT SERVICES, LLC

Dated: November 8, 2013

/S/ David R. Markham
David R. Markham
THE MARKHAM LAW FIRM.
Attorneys for Plaintiffs

Dated: November 8, 2013

/S/ James M. Treglio
James M. Treglio
CLARK LAW FIRM
Attorneys for Plaintiffs

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), counsel for Defendant attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## PROOF OF SERVICE BY MAIL

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 633 West 5th Street, 63rd Floor, Los Angeles, California 90071. I served the following documents

**NOTICE OF SETTLEMENT AND REQUEST TO TAKE PRE-TRIAL CONFERENCE OFF CALENDAR**

Nicholas Wagner, Esq.
Andrew B. Jones, Esq.
Daniel M. Kopfman, Esq.
Law Offices of Wagner & Jones
1111 E. Herndon Ave., Suite 317
Fresno, CA 93720
T: 559.449.1800/ F: 559.449.0749|
E-mail rchavez@wagnerjones.com;
kschemen@wagnerjones.com
*Attorneys for Plaintiffs*

R. Craig Clark
James M. Treglio
Laura M. Cotter
Clark Law Firm
205 W Date Street
San Diego, CA 92101
T: 619 239-1321/F: 888-237-4554
E-mail:jtreglio@clarklawyers.com'
cclark@clarklawyers.com
*Attorneys for Plaintiffs*

David R. Markham
The Markham Law Firm
750 B Street, Suite 1950
San Diego, CA 92101
T: 619.399.3995/F: 619.615.2067
E-mail: dmarkham@markham-law.com
*Attorneys for Plaintiffs*

Walter Haines
United Employees Law Group, P.C.
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
T: 310-234-5678/F310-652-224
E-mail: Walter@whaines.com,
admin@uelglaw.com
*Attorneys for Plaintiffs*

By notice of Electronic Filing, which is a notice automatically generated by the CM/EF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 8, 2013, at Los Angeles, California.

/s/ Evangeline Granados

Firmwide:123983783.1 078508.1001