JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Burda, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>Fidelity National Management Services, LLC., et al.,<br><br>  Defendant(s). | SACV 11-00247 JVS (MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: November 13, 2013

_____
James V. Selna
United States District Judge